Original Copy

PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 12/2023)

IN THE UNITED STATES DISTRICT COURT
FOR THE _Northern_ DISTRICT OF TEXAS
_Lubbock_ DIVISION

NOV 25 2025 AM9:34
FILED - USDC - NDTX - LU
B88

Monzelle L. Steptoe #1623644
Plaintiff's Name and ID Number

Bill Clements Unit, Amarillo Texas
Place of Confinement

5-25CV-260-B
CASE NO. _____
(Clerk will assign the number)

v.

J. BACK, Director, 9601 Spur 591 Amarillo
Defendant's Name and Address

Angelique R. Turner, 9601 Spur 591 Amarillo
Defendant's Name and Address

Stephanie L. Patton, 9601 Spur 591 Amarillo
Defendant's Name and Address
( DO NOT USE "ET AL.")

---

## INSTRUCTIONS - READ CAREFULLY

NOTICE:

Your complaint is subject to dismissal unless it conforms to these instructions and this form.

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

1

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1.   In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $55.00 for a total fee of **$405.00**.

2.   If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*.  In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor.  You must also include a current six-month history of your inmate trust account.  If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3.   The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis,* the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner.  If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $55.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4.   If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account.  Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date.  Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief.  Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I.   PREVIOUS LAWSUITS:

    A.   Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ✓ YES ___ NO

    B.   If your answer to "A" is "yes," describe each lawsuit in the space below.  (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

        1.   Approximate date of filing lawsuit: *May 6, 2011*

        2.   Parties to previous lawsuit:
            Plaintiff(s) *Monzelle L. Steptoe*
            Defendant(s) *John Adams*

        3.   Court: (If federal, name the district; if state, name the county.) *Northern District of Texas Potbury County*

        4.   Cause number: *# 2:11-CV-0084*

        5.   Name of judge to whom case was assigned: *Clinton E. Averitte*

        6.   Disposition: (Was the case dismissed, appealed, still pending?) *Dismissed*

        7.   Approximate date of disposition: *June 17, 2011*

II.    PLACE OF PRESENT CONFINEMENT: _Bill Clements Unit_

III.    EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure?         _X_YES ___NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV.    PARTIES TO THIS SUIT:

A.  Name and address of plaintiff: _"AN ACT OF GOD", Monzelle Lavan Stroploe, TDCJ-ID# 1633644, sip#05579864, Bill Clements Unit 9601 Spur 591 Amarillo Tx 79107_

B.  Full name of each defendant, his official position, his place of employment, and his full <u>mailing</u> address.

Defendant #1: _Angelique R. Turner, UGI II, Bill Clements Unit 9601 Spur 591 Amarillo Tx 79107_

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
_Failure to File Religious Practice Claim, Free Exercise of Religion claim_

Defendant #2: _Stephanie L. Patton, UGI III, Bill Clements Unit 9601 Spur 591, Amarillo Tx 79107_

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
_Failure to File Religious Practice claim Free Exercise of Religion_

Defendant #3: _J. Back, Director, Bill Clements Unit 9601 Spur 591 Amarillo Tx 79107_

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
_Failure to make sure official File Free Exercise of Religious claim_

Defendant #4: _____

_____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

_____

Defendant #5: _____

_____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

_____

3

V.    STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

I have submitted my Free Exercise of Religion, First Amendment, Freedom to Practice Religion and Freedom to Exercise Religion, Equal Protection Clause, by the Religious Freedom Religious Restoration Act of 1993 and Religious Land USF by Institutionalize Person Act of 2000 and Servered Fair Notice per Rule 65(a) on May 23, 2025 to the Bill Clement's Unit Administration in Amarillo Texas, I Sent I-60's to J-BACK and filede Step1 Grievance's with Angelique B. Turne UGI and Stephanie L. Patton, UGI, who Failure to file First Amendment Freedom to Exercise Religion, Plaintiff issues involves a challenge of the (RFRA) (RLUIPA) and First Amendment Equal Protection clause and Establishment Clause Protected Rights    Attached Exhibits Step 1 Grievances and I-60's.

STATEMENT OF CLAIM:

By Virtue of Binding Authority Contract. that is Enforceable by Decree Nunc Pro Tunc. Enabling ACT. Establishment Clause AMENDED the FIRST Amendment. Freedom of Religion and Freedom to Exercise Religion. Religious Freedom Restoration Act of 1993 (RFRA) Religious Land USE and Institutionalized Person Act of 2000. (RLUIPA) See Fegans. 537 F.3d. at 902: Holt vs. Hobbs. 135 S.Ct. 853 will Show what happen. Where it happen. When it happen and WHO was involved

On May 23. 2025 at the Bill Clement's Unit / William P. Clement's Unit in Amarillo Texas. I served NOTICE per Rule 65 (a) of the Eminent Domain and Expropriation of all 108 TDCJ-Institutional's GROUND's. LAND and Unknown Owner's of my intention to the FREE Exercise Clause to Practice Religion. THE NEW CAUSE OF ACTION. AMENDED the FIRST Amendment Freedom to Practice and Freedom to Exercise Religion. by the Religious Land USE and Institutionalize Person Act of 2000. (RLUIPA) and Religious Restoration ACT of 1993 (RFRA) 42 U.S.C. 2000cc-1 (b); 42 U.S.C. 2000cc-2(b); 42 U.S.C. 2000cc-3(g) and 42 U.S.C. 2000cc-5(7)(A): "A NEW CAUSE OF ACTION." and "A NEW NATION ORGANISM CULT RESORT. Religious ACT." Has registered this Organism Cult resort religious Act on November 23. 2024 at the Smith Unit of the Ecclesiastical CHURCH. FEDERAL GOVERNMENT. Establishment Clause. Enabling ACT. GOVERNOR. DEAN. STEPTOE. MONTELLE. LAVAW. TDCJ-ID#1622644. sin#0557 9864 for the University of Christian Science Study and Art. College. school's. Program's. Housing. Communities. court Stores. Vendor's. PAROLE BOARD. Schools of higher Learning. Police Department. Work Release programs USE of All Land that is NOT been USE to produce. SHALL BE NOW USE to Build NEW Organism Cult Resort Religious Federal Government Ground's.

Bill Clement's Unit Grievance Investigator Angeliaue R. Turner failure to Process Step1's Grievance #2026020606 on October 14, 2025 and Grievance #2026026615 Religious Supplies and UGI. S. Patton also refuse to file Step1 Grievance #2026012330 on September 29, 2025 and I have given the Ewing Clerk a Step1 on 6/6/25 and 5/30/25 in which I-60 Returned Indicated that Nothing received from Law that's 5 Controversy that the Plaintiff had given "NOTICE" to the TDCJ official that, to deny "Prime Minster KING STEPTOE" the Free Exercise of Religion would [Impose] a a Substantial Burden to [his] Religious Practice and would result in a [100 Trillion Dollar] defeasance against TDCJ-Institution's and such defamation has cause. TDCJ-to tramfer Me to other Units and the TDCJ-official keep harassing Me and USE excessive force chemical Agency on Me and the Members for our Religious Belief. and written bogus disciplinary cases to burden

PAGE 4 of

our religious practice and Now they are refusing to allow us out our cells, by only allowing half the inmates out the cell, causing a hostile eviroment.

## STATE Claim

TDCJ-officials are violation my First Amendment and Equal Protection rights and 14th Amendment by Intentionally Inflicking Emotional Destress on Me and Members and Impose a Substantial Burden to our Religious Practice, NOT allowing us to Free Exercise of Religious and Religious Supplies that is a henderance to our religious belief.

## Preventive Preliminary Injunction, Eminent Domain

CONGRESS GRANTED Protection for Religious Exercise by a Institutionalize Person through Enactment of RLUIPA. see Fegans, 537 F.3d, at 902 that "Substantially Burden [His] Exercise of Religion" 42 U.S.C. 2000cc-2 (b) with No regard for harm of those Constitutional Rights.

Inmates retain a Private Cause of Action To Enforce Religion Land use by Institutionalize Person Act, Protection under 42 U.S.C. 2000cc-2 (a). A Person may assert a Violation on the RLUIPA as a claim or a Defense in a Judicial Proceeding and obtain appropriate Relief Against a Government. To Succeed on such a claim, An Inmate must [Initially] Produce a Prima Facie Evidence that Challenged Government Practice, that "Substantially Burden [His] Free Exercise of Religion at 42 U.S.C. 2000cc-2 (b) (4) Four Step filed in a continuous effort to secure the Reasonable Compliance and Controversy

## Requirement For Issuance of Relief

A Party seeking a temporary restraining ORDER or Preliminary Injunction Must establish the following elements (1) there is a substantial likelihood the Party will Prevail on the merits; (2) a substantial threat exist that the Party will Suffer irreparable harm if the injunction is not granted (3) the threatened injury outweighs the threatened harm to the Party whom he seeks to Enjoin; and (4) the granting of the Preliminary Injunction will not disserve the public interest. see Planned Parenthood of Hous. & Se. Tex. Vs. Sanchez, 403 F.3d, 324, at 329 (5th, Cir. 2005).

## First Element established

Plaintiff/Movant will show a substantial likelihood that he will prevail on the merits because the binding Authority Contract in the Religious Freedom Restoration Act of 1993 (RFRA) and Religious Land use by Institutionalize Person Act of 2000 (RLUIPA) in which CONGRESS GRANTED Protection for Religious Exercise by a Institutional Li Person through Enactment of RLUIPA. 42 U.S.C. 2000cc-2 (a), States: Inmates retain a Private Cause of Action to enforce Religion Land use and To Succeed on such a claim, an inmate must [Initially] Produce a Prima Facie Evidence that Challenged TDCJ-Government Practice that has "Substantially Burden [His] exercise of Religion at 42 U.S.C. 2000cc-2 (b), TDCJ-has Refused to allow Organism cult Free Exercise of Religion Practice within the TDCJ-Institution, that is (Copy Steptoe, STATE of Emergancy Preventive PReliminary Injunction
PAGE 2 of 1

A NEW Organism cult Resort FREE Exercise of Religion NATION. that has been AMENDED to the FIRST AMENDMENT. Free Exercise Clause and a violation of my Equal Protection.

Second Element

Plaintiff/Movant has been physical harmed twice by TDCJ-official excessive use of force chemical Agency. Assaulted by inmates in cells because TDCJ-official are causing a hostile enviroment between inmates by denying Non-Religious Inmates out of cell time. Dayroom because Plaintiff Religious Practice in cell study and TDCJ-is denying Plaintiff the FREE Exercise of Religion daily that is a violation of the Equal Protection Clause and (RFRA). (RLUIPA) the Plaintiff has suffered and injury since November 23, 2025 and is at this time under official oppression by TDCJ-official's and Mailroom Official's are behind 6 to 12 weeks on Legal Mail that has Put the Plaintiff first civil Action #1:24-CV-499 (E.D. Tex) in default and such Complaint has been Dismissed. due to TDCJ-Defendant's Authority over the time served Report and Recommendation are a month 1/2 almost two months withheld by TDCJ-official's that is a substantial threat that exist and Plaintiff will suffer irreparable injury if the Injunction is not Granted. ADP. LCC. 923 F3d. at 119. The Law provides that the loss of FIRST AMENDMENT Freedom, for even minimal periods of time loss is unquestionably constitutes irreparable injury. Elrod Vs. Burns 427 U.S. 347, 373. 96 S.Ct. 2673. 49 L.Ed. 2d. 547 (1976) The "Direct Penalization, as opposed to incidental inhibition, of First Amendment Right... Constitutes irreparable injury." Hohe Vs. Casey, 868 F.2d. 69 73 (3rd. Cir. 1989).

Plaintiff issue's are dealing with the RLUIPA, in which concerns the Protection of Religious Right's guaranteed by the FIRST AMENDMENT.

Thus. COURTs have found that like a FIRST AMENDMENT violation. A violation of the RLUIPA creates an irreparable injury. see Opulent Life Church Vs. City of Holly Springs. Miss. 697 F.3d. 279. 295 (5th Cir. 2012)

Accordingly. the COURT's has found that the violation of the RLUIPA creates an irreparable injury and this favor weighs in favor of GRANTING a Preliminary Injunction.

Third Element

Plaintiff has risk having his Religious Liberties violated. The harm to the defendants is increased cost and potential harm caused by the necessity for more unjust searches. Supreme Court has noted that the RLUIPA may require a government to incur expense in its own operation to avoid imposing a substantial burden on Religious exercise." Holt 135 S.Ct. Quoting 42 U.S.C. 2000cc-1(a) A balance of the irreparable harm on the part of the Plaintiff and perhaps increase cost on the Part of the defendant weighs in favor of the Plaintiff.

cc:copy Steptoe's STATE of Emeragency Preventive Preliminary Injunction

PAGE 3 of 2

Fourth Element

The final factor for Review is whether Granting the injunction is in the Public interest. ADP.LCC, 923 F.3d. at 119,

Plaintiff argues that the Public interest favors his position because it upholds the FIRST AMENDMENT principles of freedom of Religion All courts has agreed there exists a great Public interest in upholding the FIRST AMENDMENT Rights to such as FREE Exercise of Religion. Accordingly, this factor weighs in favor of Granting this Preliminary Injunction

Preventive Injunction- An injunction that commands the party against whom it is directed to refrain from doing a specified act.

Plaintiff COMMAND TDCJ- to refrain G-4 custody from only been allowed 2 Hour dayroom to be allowed out of cell from 5:00 a.m. to 10:00 p.m. everyday and until 1:00 p.m. on weekens.

Plaintiff command TDCJ- to turn over slot Key and Radio to prime Minster KING STEPTOE . Equal Time Act.

Plaintiff Command TDCJ- to Prohibit Employee's, Inmates, Staff and female Inmate the Right to Worship, FREE Exercise of Religious Organism cult Resort Religious Act, Federal Government, Free exercise to indulge in Kissing, touching, huggin, Loving Public Worship, ceremonies Rites and rituals, in ANY and ALL AREAS on TDCJ-GROUNDS are Now USED for Liturgy Public Service and Public Worship. (initiation).

TDCJ- Mailroom is Prohibit from the illegal search and seizure of any & all mail sent to DEAN, GOVERNOR STEPTOE, MONZELLE, LAVAN, #1622644, sip# 05579864

TDCJ-is-Prohibit- from writen the following Disciplinary Code's to the DEAN Prime Minster KING STEPTOE and Members of the Organis cult Resort Religion, A NEW NATION Code's ; 3.1; 3.2; 3.3; 3.0; 4.0; 12.0; 14.0; 12.2; 15.2; 16.0; 16.1; 18.2; 20.0; 20.1; 24.0; 23.0; 27.0; 30.0; 30.1; 30.2;

TDCJ-is-Prohibit- the Organism Cult Resort Religious, University Christian Science Study and Art, College, the Reportoire USE of Cell Phone's, Computer's, LAB Top, inter Net Acress Religious Material and Supplies pursuant 42 U.S.C. 2000cc-3(g) and 42 U.S.C. 2000cc-1(b)(1)

TDCJ-is Prohibit- Prime Minster Steptoe and Member's 24 HOURS Free Exercise of Religion, Free Association, Freedom of intimate Association, Freedom of Speech, Freedom of Choice, FREE CHAPEL, Freedom of the City, Free entry, Free Enterprise, Freedom-to-create statute, Freedom of expression.

TDCJ-IS-Prohibit- the USE of execcessive force and chemical Agancey

TDCJ-is-Prohibit- the Ecclesiastical CHURCH USE of Corporal punishment on these Grounds. A NEW NATION POLICY ENFORCE" by Consent Decree KING STEPTOE, MONZELLE, LAVAN #1622644, sip# 05579864

c clconv STeptoe's STATE of Emergancy Preventive Preliminary Injunction

PAGE 4 of 3

<u>Qualified Immunity Religious claim (1985(3)</u>
 The STATE Defendant's are NOT entitled to qualified immunity as to Plaintiff (RFRA) claim because the LAW was clearly established when Plaintiff made Step 1 Grievance request to the FREE Exercise clause of Religion on November 23, 2024. Equal Protection, establishment clause, by FIRST AMENDMENT and TDCJ-Institutional's Defendant's was at time of the Fair NOTICE unreasonable. So, in light of Plaintiff well clearly articulation of the (RFRA) and (RLUIPA) test. It was clearly established that TDCJ-institution's Prison has Imposed a substantial Burden on [His] Religious Belief by Prohibiting Participation in a mandatory Religious Belief Conduct. The TDCJ- Defendant's are NOT entitled to Qualified Immunity as to Plaintiffs (RFRA) claims.

<u>Jury Demand</u>
 Movant and NON-Movant BOTH agree by CONSENT DECREE JUDGMENT NON-Negotiable Contract Instrument Step 1's Grievance [Four dispute] of <u>Controversy</u> that involves the constitutional Rights of the Religious Freedom Restoration Act of 1993 (RFRA) and Religious Land USE by Institutionalize Person Act of 2000. FREE Exercise Clause Establishment Clause. Equal Protection <u>by FIRST AMENDMENT</u> FREEDOM to Practice Religion and FREEDOM to Exercise Religion. has imposed a substantial Burden to [His] Religious Belief since November 23, 2024 and is an irreparable injury cause by TDCJ-officials that entitle the Movant to the [100] Trillion Dollar defeasance in Contract instrument and Complaint. Both PARTIES by Express Authority. Implied Authority. Scope of Authority. Derivative Action. Vicarious liability. Joint tortfeasor's. Private Wrong Act. Concurrent Negligence. Intentional Infliction of Emotional Destress. Personal Injury. SHALL BE GRANTED EMINENT DOMAIN over all 108 TDCJ-Institutional GROUND'S and the Plaintiff By Express Authority CONSENT DECREE to Pay 1 Billion Dollar's to ALL Divided Unknown LAND OWNER'S for Condemn Property taken. to be reduce from the 4 Trillion Dollar debt owed by TDCJ-.

<u>Rule 54 (c) Demand for Judgment</u>
 Plaintiff Demand for Judgment to be Entered Judgment under Rule 58
(b)

<u>Relief To Be GRANTED</u>
 BY Express Authority. Derivative Action Vicarious liability. Joint tortfeasor's, Private Wrong. Concurrent Negligence. BY Default Judgment NON-Negotiable Contract Instrument Step 1. Grievances CONSENT DECREE JUDGMENT. GRANT Diversity Jurisdiction: Amount in Controversy: Adverse Interest: Intestate Laws: Statute of Distribution : Allocation ACT: Appropriation ACT: Appropriation Capitol: ACT of Bankruptcy: Annuity : Contingent Annuity: Monetary Loss: Monetary Value: Compensatory Damages : Punitive Damages for 500 Trillion Dollars and cc(conv Statutes STATE of Emergency) Preventive Injunction Preliminary Injunction
PAGE 3 of 4

900 Trillion Dollars. The clerk SHALL mail a copy of this ORDER to: TDCJ-ID Litigation Support Program, Attention: Program Administrator, P.O. BOX 13084, Capitol Station, Austin Texas, 78711, and to TDCJ-CID Local Funds Division, P.O. BOX 629, Huntsville Texas 77342 and Put (1) OWE Million Dollars on Monzelle L. Steptoe, TDCJ-ID#1622644 account and (2) Two thousand Dollar's on ALL Inmates within TDCJ-ID System as a donation from the Ecclesiastical CHURCH. 42 U.S.C. 2000cc-3(g) Religious Land USE by Institutionalize Person Act of 2000, And account set up in this COURT for the Plaintiff to USE, a Draft of (10) Ten Million Dollars sent to Rev. Robert Lee Steptoe at 16031 Rose Hill Lane Wavasota Texas 77868. Prime Minster KING STEPTOE SHALL HAVE UNLIMITED ACCESS TO COMMISSARY Daily and UNLIMITED MEDIA On SECURUS Tablet.

**VII** General Background Information:

A. STATE, in complete form, all names you have ever used or been Known: Governor, DEAN, Prime Minster Chief KING STEPTOE, MONZELLE, LAVAN

B. List all TDCJ-CID identification numbers you have ever been assigned #891938   and #1622644

**VIII.** SANCTIONS:

A. Have you been sanctioned by any Court as a result of any Lawsuit you have filed _____ Yes __✓__ NO

"Attached Exhibit's Insupport of Claims"

1.) I-60 Dated 6/13/25 returned by UGI. Turner

2.) Step 1, Dated September 29, 2025, Grievance # 2026012330 by UGI-Patton, "Fair NOTICE per Rule 65(a)"

3.) Step 1, Dated 10/17/25, Grievance # 2026020656 by UGI. Turner

4.) Step 1, Dated 10/17/25, Grievance # 2026020615 by UGI. Turner Contract NON-Negotiable Instrument by Consent Decree Judgment By Express Authority, Derivative Action, Acting under the Color of STATE Government.

C. Has any court ever warned or notified you that sanctions could be imposed? _____ YES ✔ NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

   1. Court that issued warning (if federal, give the district and division): _____

   2. Case number: _____

   3. Approximate date warning was issued: _____

Executed on: 11/20/25
         DATE

                         Monzelle L. Steptoe

                         (Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this ___20___ day of __November__, 20_25_.
       (Day)                  (month)       (year)

                         Monzelle L. Steptoe

                         #1633644

                         (Signature of Plaintiff)

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**

5

# Texas Department of Criminal Justice

# STEP 1
## INMATE
## GRIEVANCE FORM

Governor, Dean, Prime Minster,

Inmate Name: **STEPTOE, Monzelle L.**   TDCJ # **1622644**

Unit: **B.C.**   Housing Assignment: **HS-D-232-T**

Unit where incident occurred: **Bill Clements Unit**   HSD 232T

**OFFICE USE ONLY**

Grievance #: _____

Date Received: _____

Date Due: _____

Grievance Code: _____

Investigator ID #: _____

Extension Date: _____

Date Retd to Inmate: _____

---

You must try to resolve your problem with a staff member ~~before you~~ submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? _____ When? _____

What was their response? _____

What action was taken? _____

State your grievance in the space provided. Please state who, what, when, where and disciplinary case number if appropriate.

On September 29, 2025, I'm given this TDCJ-institution NOTICE under Federal Rule 65(a) of the Eminent Domain and Expropriation of all 108 TDCJ-institutional GROUND's and Unknown Owner's, That has denied the Plaintiff, Prime Minster Chief KING STEPTOE, MONZELLE, LAVAN #1622644, Member and Congregation the FREE Exercise Clause, to Practice Religion, THE NEW CAUSE OF ACTION, AMENDED the First Amendment Freedom to Practice and Freedom to Exercise Religious, Religious Land USE by Institutionalize Person ACT: (RLUIPA) 42 U.S.C. 2000cc1(b)(1), (2)(b) and 42 U.S.C. 2000cc-5(7)(A). THE NEW NATION Organism's Cult Resort Religious ACT: GRANTED by the Establishment Clause, and Enabling Act. Has registrar this Religious Practice on the Smith Unit of the Ecclesiastical CHURCH, Federal Government, Take over University of Christian Science study and Art, College, School, Program Housing, Communities, COURT's, STORE's Vendor's, Parole Board, schools of education, Police Department USE of Land and TDCJ-institution SHALL be only a STAFF on these GROUNDS for the Derivative Action, Private Wrong, Infliction of Emotional Distress Joint Tortfeasor's, Concurrent Negligence has waived ALL constitutional

**YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**          **(OVER)**

**I-127 Front** (Revised 8/2022)

Inmate Grievance Operations Manual
Appendix F

Rights By Express Authority Action, And To Deny Such Organism Cult resort NEW NATION Constitutional Right under the 1st, and 14th Amendment would result in a [100 Trillion Dollar] defeasance, defamation, for the Loss of first Amendment Constitutional Right, and 5th Circuit has state for even minimal periods of time Loss is unquestionable constitutes a substantial threat that exist and HARM is irreparable injury entitles Preliminary Injunction To be Granted see Elrod 427 U.S. at 373

**Action Requested to Resolve Your Complaint.**

SEP 2 9 2025

Remove All Oppression Policy Employees, Allow Prime Minster KING STEPTOE MONZELLE, LAVAN, #1632644, 24 HOURs Work Release, Unlimit Practice on All GROUND's of institution, Unlimited Commissary, GRANTED Royalty Right, Castle Doctrine, Royal Kindom, Royalty Privilege Tax on commodity

Inmate Signature: Stepto Monzelle S- cc/copy          Date: 9/39/35

**Grievance Response:**



**Signature Authority:** _____          **Date:** _____

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

Returned because:    *Resubmit this form when corrections are made.

- ☐ 1. Grievable time period has expired.
- ☐ 2. Submission in excess of 1 every 7 days. *
- ☐ 3. Originals not submitted. *
- ☒ 4. Inappropriate/Excessive attachments. *
- ☒ 5. No documented attempt at informal resolution. *
- ☐ 6. No requested relief is stated. *
- ☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
- ☐ 8. The issue presented is not grievable.
- ☐ 9. Redundant, Refer to grievance # _____
- ☒ 10. Illegible/Incomprehensible. *
- ☐ 11. Inappropriate. *

**UGI Printed Name/Signature:** Patton UGI. S. Patton

Application of the screening criteria for this grievance is not expected to adversely affect the inmate's health.

**Medical Signature Authority:** _____

| OFFICE USE ONLY | |
|---|---|
| Initial Submission | UGI Initials: P |
| Grievance #: | 2026012330 |
| Screening Criteria Used: | #4 #5 #10 · 999 |
| Date Recd from Inmate: | SEP 2 9 2025 |
| Date Returned to Inmate: | SEP 2 9 2025 |
| 2nd Submission | UGI Initials: _____ |
| Grievance #: | _____ |
| Screening Criteria Used: | _____ |
| Date Recd from Inmate: | _____ |
| Date Returned to Inmate: | _____ |
| 3rd Submission | UGI Initials: _____ |
| Grievance #: | _____ |
| Screening Criteria Used: | _____ |
| Date Recd from Inmate: | _____ |
| Date Returned to Inmate: | _____ |

I-127 Back (Revised 8/2022)

Inmate Grievance Operations Manual
Appendix F

# Relief To Be Granted

In rem action for the taken of property title and all Authority, shall be Transfered OVER To the Federal Government. A NEW CAUSE OF ACTION. Organic LAW. Enabling ACT. Organism's Cult Resort ACT. Condemnation of TDCJ-Institutional GROUNDS, civil forfeiture, Civil forfeiture, corporal Punishment CHURCH GROUNDS, AN ACT OF GOD Contract Clause, this a NON-Negotiable Contract Instrument, Constituted Authorities, fraternal benefit society,

Submitted
By
Offender

117 F.4th 137
Nunez ver Wolf.
Nunez vs. Wolf.

TEXAS DEPARTMENT OF CRIMINAL JUSTICE — INSTITUTIONAL DIVISION

## INMATE REQUEST TO OFFICIAL

REASON FOR REQUEST: (Please check one) "Exhibits To Complaint Civil Action" (RFRA)

**PLEASE ABIDE BY THE FOLLOWING CHANNELS OF COMMUNICATION. THIS WILL SAVE TIME, GET YOUR REQUEST TO THE PROPER PERSON, AND GET AN ANSWER TO YOU MORE QUICKLY.**

1. ❑ Unit Assignment, Transfer (Chairman of Classification, Administration Building)

2. ❑ Restoration of Lost overtime (Unit Warden-if approved, it will be forwarded to the State Disciplinary Committee)

3. ❑ Request for Promotion in Class or to Trusty Class (Unit Warden- if approved, will be forwarded to the Director of Classification)

4. ❑ Clemency-Pardon, parole, early out-mandatory supervision (Board of Pardons and Paroles, 8610 Shoal Creek Blvd. Austin, Texas 78757)

5. ❑ Visiting List (Asst. Director of classification, Administration Building)

6. ❑ Parole requirements and related information (Unit Parole Counselor)

7. ❑ Inmate Prison Record (Request for copy of record, information on parole eligibility, discharge date, detainers-Unit Administration)

8. ❑ Personal Interview with a representative of an outside agency (Treatment Division, Administration Building)

Exhibit Attached

TO: Grievance Department
(Name and title of official)
B-C

DATE: 6/13/25

ADDRESS: _____

Name: _____    Unit: B.C.

**SUBJECT:** *State briefly the problem on which you desire assistance.*

I would like to Know the Grievance Number's
to the Step 1 filed listed below:
Disciplinary case filed 6/13/25 = 2025708469
6/6/25 Step 1 Religious Supplies = nothing Received from you
5/30/25 Step 1 Religious Practice and Religious Exercise;
nothing Received from you
6/13/25 Discrimination, Harassment, retaliation, creating a hostil:
environment between Inmate causing a Riot.
#2025708459      cc/copy 6/13/35 Grievance Number request

Name: Steptoe Manzelle          No: 1622644
Living Quarters: HS-D-105-T      Work Assignment: #/5 meek 04 00,

**DISPOSITION:** (Inmate will not write in this space)

I-60 (Rev. 11-90)

# Texas Department of Criminal Justice



# STEP 1
## INMATE
## GRIEVANCE FORM

**OFFICE USE ONLY**

Grievance #: _____

Date Received: _____

Date Due: _____

Grievance Code: _____

Investigator ID #: _____

Extension Date: _____

Date Retd to Inmate: _____

Inmate Name: **Steptoe, Monzelle L** TDCJ # **1622644**

Unit: **B.C.**   Housing Assignment: **H5-D-232-J**

Unit where incident occurred: **Bill Clement's**
**NON-Negotiable Contract Instrument**

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? **UGI, Turner Angelique R**   When? **10/10/35**

What was their response? **I can't state religious Practice as such cult**

What action was taken? **Denied First Amendment Right to Freedom to Practice**

State your grievance in the space provided. Please state who, what, when, where and disciplinary case number if appropriate.

On October 10, 2025 at the Bill Clements Unit / William P Price Unit ECB-D-Pod-2 Row 232 cell I have given "Fair NOTICE" to the administration of TDCJ-Institution accordingly to Rule 65(a) of the Eminent Domain and Expropriation of ALL 108 TDCJ-Institution's GROUND's, LAND and UnKnown Owner's, That I, GOVERNOR, DEAN, Prime Minster Chief KING STEPTOE, Monzelle, Lavan, TDCJ-ID#1622644, sip#05579864 has filed a New Cause of Action, AMENDED the First Amendment Freedom to Practice Religion and Freedom to Exercise Religion within TDCJ-GROUND's and LAND For the University of Christian Science Study and Art, College, School, Pre-release programs, Communities Housing, Vendor's, Parole Board, schools of Higher Learning Education, Police Department, couRT's, STORE's, shop and Ecclesiastical CHURCH, Federal Government, TAKE OVER, A NEW Organism Cult Resort Religious NATION GRANTED by RLUIPA. Religious Land USE Institutionalize Person Act 42 U.S.C. 2000cc(1)(b); (2)(b) and 42 U.S.C. 2000cc 5(7)(A) and (B FRA) Religious Restoration Act which Protect's First Amendment case, I and Member sHall Be allowed to FREE Exercise of Religious Practice with TDCJ-Staff, Agent's, females inmate's, Inmate's to indulge in Sexual Intercourse in ALL Public Area's for the Cult ceremonial Ritual's, Rites and Orgies, Public Service, Public Worship, Liturgy

"OPEN 24 HOURS Free Exercise of Religious"

YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM   (OVER)

Non-Negotiable Contract Instrument

I-127 Front (Revised 8/2022)

cc/copy Steptoe's 4th step

Establishment Clause, Enabling Act for the CURE of the Sarcomatosis and Venereal Disease, Organic LAW, Medicinal, Medicine Religious ACT, Makes a Preventive Injunction on ALL Location's Areas, GROUNDS and LAND for Employee's Agents, Member's Safety for Free Exercise Practice. And to DENY us such First Amendment Constitutional Right would Result in a [100] Trillion Dollar Defeasance against TDCJ, for the loss of our First Amendment, Impose a substantial Burden to [His] Religious Practice and Belief

Case 2:25-cv-00258-Z-BR   Document 1   Filed 11/25/25   Page 18 of 23   PageID 18

**Action Requested to Resolve Your Complaint.** 24 HOUR Religious Exercise and Practice OCT 1 6 2025
The Fifth Circuit has held that for even minimal periods of time Loss is unquestionably constitutes a substantial threat and Harm is irreparable injury entitles the GRANT of Preliminary Injunction, There fore OUR Religious Practice shall BE allowed 24 of HOUR Free Exercise Religious Daily NON-Negotiable contract Instrument

**Inmate Signature:** Governor Stephen Morgan S.   **Date:** 12/17/25

**Grievance Response:**

**Signature Authority:** _____   **Date:** _____

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:**   *Resubmit this form when corrections are made.

☐ 1. Grievable time period has expired.

☐ 2. Submission in excess of 1 every 7 days. *

☐ 3. Originals not submitted. *

☐ 4. Inappropriate/Excessive attachments. *

☐ 5. No documented attempt at informal resolution. *

☐ 6. No requested relief is stated. *

☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *

☐ 8. The issue presented is not grievable.

☐ 9. Redundant, Refer to grievance # _____

☒ 10. Illegible/Incomprehensible. *

☐ 11. Inappropriate. *

**UGI Printed Name/Signature:** A. TURNER/A. Turner

**Application of the screening criteria for this grievance is not expected to adversely affect the inmate's health.**

**Medical Signature Authority:** _____

<table>
<tr><td colspan="2" align="center">**OFFICE USE ONLY**</td></tr>
<tr><td>Initial Submission</td><td>UGI Initials: aa</td></tr>
<tr><td>Grievance #:</td><td>2026030686</td></tr>
<tr><td>Screening Criteria Used:</td><td>#10,999</td></tr>
<tr><td>Date Recd from Inmate:</td><td>OCT 1 6 2025</td></tr>
<tr><td>Date Returned to Inmate:</td><td>OCT 1 6 2025</td></tr>
<tr><td>2nd Submission</td><td>UGI Initials:_____</td></tr>
<tr><td>Grievance #:</td><td></td></tr>
<tr><td>Screening Criteria Used:</td><td></td></tr>
<tr><td>Date Recd from Inmate:</td><td></td></tr>
<tr><td>Date Returned to Inmate:</td><td></td></tr>
<tr><td>3rd Submission</td><td>UGI Initials:_____</td></tr>
<tr><td>Grievance #:</td><td></td></tr>
<tr><td>Screening Criteria Used:</td><td></td></tr>
<tr><td>Date Recd from Inmate:</td><td></td></tr>
<tr><td>Date Returned to Inmate:</td><td></td></tr>
</table>

**I-127 Back** (Revised 8/2022)

Inmate Grievance Operations Manual
Appendix F



Texas Department of ~~~minal Justice

# STEP 1
## INMATE
## GRIEVANCE FORM

OFFICE USE ONLY

Grievance #: _____

Date Received: _____

Date Due: _____

Grievance Code: _____

Investigator ID #: _____

Extension Date: _____

Date Retd to Inmate: _____

Inmate Name: STeptoe, Monzelle    TDCJ # 1622644

Unit: B.C.    Housing Assignment: HS-D-232-J

Unit where incident occurred: Bill Clement Unit
"NON-Negotiable Contract Instrument"

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Angelique R

Who did you talk to (name, title)? UGI, Turner /unknown UGI worker When? Around about 10/10/25

What was their response? it cant be done in prison

What action was taken? Refuse Religious Supplies, Material and process of request

State your grievance in the space provided. Please state who, what, when, where and disciplinary case number if appropriate.

On 10/10/25 at the Bill Clement's Unit ECB-D-Pod-232-cell I, Governor Dean Prime Minster Chief VIW6 STeptoe, Monzelle, L. TDCJ-INI# 1622644, Sip#05579864, for the Ecclesiastical CHURCH, GRANTED by the Establishment Clause, Enabling ACT, for the University of Christian Science Study and Art, College, School, Pursuant 42 U.S.C. 2000 cc-3(a)(b)(c)(d)(1)(g)(h) Rule of Construction, (RLU9JPA) Religious Land USE Institutionalize Person Act and (RFRA) hss Protection for OUR First Amendment Free Exercise Claim and the Ecclesiastical Decree repertoire Supplies/Material are the USE of all GROUND's, LAND and Area's within TDCJ-institution, allowed USE of Cell Phone's, Computer, Lab Top's, Unit Phone's, Unit Computer System and are Precluded to close or make impossible by Necessary Consequence Rule out in Advance. The TDCJ-is to USE the lest restricted mean's in Our practice, inwhich Our Organism cult result Religious Practice shall be allowed access to all Grounds for the rebuilding of OUR NEW NATION re-entry programs, Housing, Vendor's, School's, College's, Job's and Staff cult member's and USE of Drug's are a sex stimulant for Religious Practice

YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM    (OVER)
"NON-Negotiable Contract Instrument"

I-127 Front (Revised 8/2022)

Inmate Grievance Operations Manual
Appendix F

CC/copy StepToes 4th Step 1

To Impose a substantial burden to [His] Religious Belief and Free Exercise Practice would result in a [100 Trillion Dollar] defeasance against TDCJ-Institution and Eminent Domain shall be force by Federal Government taxen of property of 108 TDCJ institution Unknown Owner's Land, Grounds, Deed and title. This the 4th request to Practice Free Exercise within ALL Grounds. OCT 17 2025

**Action Requested to Resolve Your Complaint.**

Allow Free Exercise of Religion Supplies/Material, stop Disciplinary codes in New cause of Action code 14.0 and Drug restriction USE and allow member to indulge in Sexual Intercourse openly will all member, Employees, Agents, female Inmate's and Communities!!

**Inmate Signature:** Governor Stephen Mongle          **Date:** 10/17/25

**Grievance Response:**




**Signature Authority:** _____          **Date:** _____

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

---

**Returned because:**    *Resubmit this form when corrections are made.*

☐ 1. Grievable time period has expired.

☐ 2. Submission in excess of 1 every 7 days. *

☐ 3. Originals not submitted. *

☐ 4. Inappropriate/Excessive attachments. *

☐ 5. No documented attempt at informal resolution. *

☐ 6. No requested relief is stated. *

☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *

☐ 8. The issue presented is not grievable.

☐ 9. Redundant, Refer to grievance # _____

☒ 10. Illegible/Incomprehensible. *

☐ 11. Inappropriate. *

**UGI Printed Name/Signature:** A. Turner/A. Turner

**Application of the screening criteria for this grievance is not expected to adversely affect the inmate's health.**

**Medical Signature Authority:** _____

**OFFICE USE ONLY**

Initial Submission          UGI Initials: OO

Grievance # 2026020615

Screening Criteria Used: #10,999

Date Recd from Inmate: OCT 17 2025

Date Returned to Inmate: OCT 17 2025

**2nd Submission**          UGI Initials: _____

Grievance #: _____

Screening Criteria Used: _____

Date Recd from Inmate: _____

Date Returned to Inmate: _____

**3rd Submission**          UGI Initials: _____

Grievance #: _____

Screening Criteria Used: _____

Date Recd from Inmate: _____

Date Returned to Inmate: _____

**I-127 Back** (Revised 8/2022)

Dear Clerk of Northern District of Texas
Lubbock Division
1205 TEXAS AVE. Room 205
Lubbock Tx 79401

Re: Civil Action Complaint

I have enclosed copy of my civil action complaint against J. BACK, Director, Angelique L. Turner, UGI, and Stephanie L. Patton, UGI, the Original Copy Inwhich I seek to file In forma pauperis status with attached In forma pauperis form for the filing of my complaint with 6 month statement of the Certificate of inmate trust Account for the filing of my Civil Action Complaint and Request this COURT Clerk to SEVERED all the Defendants when I have sent a copy to to the Defendant's at the Bill Clements Unit hand delivered Could You PLEASE Return a STAMPED DATE Copy of the Complaint filed in this Northern District OF Texas for my file of my FIRST AMENDMENT. FREE Exercise Clause of Religion, Freedom to Practice Religion and Freedom to Exercise Religion, Equal Protection Clause, (Religious Freedom Restoration Act of 1993 and Religious Land USE by Institutionalize Person Act of 2000 (RLUIPA). PLEASE bring this to the Attention of the COURT A.S.A.P. Thank You Very Much for Your time and consideration in this matter at hand. GOD Bless You and Your family, Amen!!

11/20/25

Respectfully Submitted
MONZELIE L. STEPTOE
TYCJ-IN#1622644, sip#0557-98864
Bill Clement's Unit
9601 Spur 591
Amarillo Tx 79107

Complaint with Attached
Exhibit's STep 1's and I-60

Monzelle L. Stepbe #16226~44
Bill Clement's unit
9601 Spur 591
6 Amarillo Tx 79107






Amarillo, TX RPDC 791
FRI 21 NOV 2025 PM

District Clerk Northern
District of Texas
Lubbock Divison 1205 TEXAS AVE Room 205
Lubbock Texas 79401

Legal mail



RECEIVED
NOV 25 2025
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

PRIVILEGED OFFENDER MAIL
NOT INSPECTED BY TEXAS
DEPARTMENT OF CRIMINAL
JUSTICE - CORRECTIONAL
INSTITUTIONS DIVISION